RUSSELL S. HUMPHREY, SBN 208744
DANIEL MALAKAUSKAS, SBN 265903
HUMPHREY LAW GROUP
1420 S. Mills Ave., Ste. H
Lodi, CA  95242
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: russell@humphreylawgroup.net

Attorney for PLAINTIFF:
NAEEM AHMAD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NAEEM AHMAD,<br><br>PLAINTIFF,<br><br>v.<br><br>THAI CHILI LLC, and DOES 1-5, inclusive,<br><br>DEFENDANTS. | Case No.: 2:13-cv-01122-MCE-DAD<br><br>**MOTION TO DISMISS WITH PREJUDICE AND ORDER GRANTING SUCH DISMISSAL**<br><br>[Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE, THIS HONORABLE COURT AND ALL PARTIES OF SUCH PROCEEDING:**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff moves this honorable court to dismiss the Plaintiff's complaint with Prejudice.

1. Specifically, Plaintiff has filed, and served the Complaint on Defendant, Thai Chili LLC, for the damages Plaintiff has allegedly incurred from the discrimination he experienced, as a result of having a service animal, by Thai Chili LLC, on, or around March 9th, 2012.

2. Defendant, Thai Chili LLC, has not yet served an Answer on Plaintiff, Naeem Ahmad.

3. Plaintiff and Defendant have entered into a settlement agreement to fully settle all claims arising out of the March 9th, 2012 incident.

4. The terms and conditions of such settlement agreement have been fully satisfied by Defendant.

Therefore, Plaintiff, as agreed to via the settlement agreement, now moves this court to dismiss such action with prejudice.

Date: August 9th, 2013.

/s/ Russell S. Humphrey
By: Russell S. Humphrey
Attorney for Plaintiff,
NAEEM AHMAD

/s/Daniel Malakauskas
By: Daniel Malakauskas,
Attorney for Plaintiff,
NAEEM AHMAD

## ORDER

IT IS HEREBY ORDERED that the above entitled action, <u>Ahmad v. Thai Chili LLC</u>, Case No. 2:13-cv-001122-MCE-DAD, is DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

Dated: August 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT